JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

ANNASARA G. PURCELL (CSB No. 295512)
apurcell@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.451

ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants
AMAZON.COM, INC. and
AMAZON SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| ERIC WEBER and BRYAN REES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-08868-GW(Ex)<br><br>**[PROPOSED] ORDER GRANTING AMAZON'S MOTION TO COMPEL ARBIRATION AND DISMISS CLAIMS AS TO PLAINTIFF ERIC WEBER**<br><br>Date: April 2, 2018<br>Time: 8:30 AM<br>Crtm: 9D<br>Judge: George H. Wu<br>Trial Date: NONE SET |

[PROPOSED] ORDER
GRANTING AMAZON'S MOT.
TO COMPEL AND DISMISS

Case No. 2:17-cv-8868 GW(Ex)

1  Having considered Defendants Amazon.com, Inc. and Amazon Services
2  LLC's (collectively, "Amazon") Motion to Compel Arbitration and Dismiss Claims
3  as to Plaintiff Eric Weber ("Plaintiff"), Plaintiff's opposition to the motion,
4  Amazon's reply brief in support of it, and all papers and arguments submitted to the
5  Court, the Court FINDS that Plaintiff repeatedly agreed to arbitrate disputes arising
6  out of his use of the Amazon service.
7  Accordingly, the Court GRANTS Amazon's motion and hereby COMPELS
8  Plaintiff Eric Weber to arbitrate his disputes with Amazon.
9  **IT IS SO ORDERED.**

11 Dated: _____, 2018

                                              _____
                                              The Honorable George H. Wu

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER
GRANTING AMAZON'S MOT.
TO COMPEL AND DISMISS         1         Case No. 2:17-cv-1941 GW(Ex)