# EXHIBIT A

# Exhibit C



DECLARATION OF DESERAE WEITMANN           18           (15cv0096)
Exhibit C

WAKEFIELD REPLY EXHIBIT A PAGE 5