**Jamin S. Soderstrom, Bar No. 261054**
jamin@soderstromlawfirm.com
**SODERSTROM LAW PC**
3 Park Plaza, Suite 100
Irvine, California 92614
Tel: (949) 667-4700
Fax: (949) 424-8091

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WEBER and BRYAN REES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON SERVICES LLC,<br><br>Defendants. | Case No. CV 17-8868-GW(Ex)<br><br>**ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS AS TO PLAINTIFF ERIC WEBER** |

1

Having considered the parties' stipulation concerning supplemental briefing and a further hearing on Defendants' Motion to Compel Arbitration and Dismiss Claims as to Plaintiff Eric Weber ("Motion"), and having instructed the parties to meet and confer regarding a potential stipulation as to additional evidence related to Defendants' Motion, *see* Docket No. 35 at 15-16, the Court HEREBY ENTERS the following Supplemental Briefing and Hearing Schedule:

| EVENT | DEADLINE |
|---|---|
| Deadline for the parties to file a stipulation concerning additional evidence related to Defendants' Motion and required to be submitted pursuant to the Court's Ruling | April 20, 2018 |
| Deadline for Defendants to file a supplemental brief addressing the *Douglas* issue | April 20, 2018 |
| Deadline for Plaintiffs to file a response brief | May 11, 2018 |
| Deadline for Defendants to file a reply brief | May 25, 2018 |
| Hearing on Motions | June 4, 2018 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: April 10, 2018

GEORGE H. WU, U.S. District Judge