# EXHIBIT B

992 captures
15 Dec 2006 - 12 Apr 2018

JAN **FEB** APR
◀ **12** ▶
2010 **2011** 2012

☐ About this capture



Hello. **Sign in** to get personalized recommendations. New customer? **Start here.**

Send MP3 Valentines to friends--on us
See details

**Your Amazon.com**   Today's Deals  |  Gifts & Wish Lists  |  Gift Cards

Your Account  |  Help

Shop All Departments  |  Search  All Departments  |  GO  |  Cart  |  Wish List

 **Help** > Privacy, Security & Accessibility > Conditions of Use

## Topics

◁ Privacy, Security & Accessibility
  Privacy Notice
  Conditions of Use
  Amazon Accessibility Resources
  Safety and Security Tips
  Our Efforts to Stop Spoofing
  Your Amazon.com Bill of Rights
  A-to-z Guarantee Protection
  Identifying Amazon E-mail
  Phishing or Spoofed E-mails
  E-mail Account Verification

## Other Help Areas

Shipping & Delivery
Changing or Canceling Orders
Returns and Refunds
Problem with an Order
Payment, Pricing & Promotions
Placing an Order
Kindle
MP3 & Video On Demand
Gifts, Gift Cards & Gift Registries
Privacy, Security & Accessibility
Site Features
Ayuda en Espaï¿½ol
Selling at Amazon.com
Author, Publisher & Vendor Guides
Business Opportunities

[Search Help]

### Conditions of Use

Welcome to Amazon.com. Amazon Services LLC and/or its affiliates ("Amazon") provide website features to you subject to the following conditions. **If you visit or shop at Amazon.com, you accept these conditions.** Please read them carefully. In addition, when you use any current or future Amazon service or business (e.g., Your Profile, Gift Cards, Unbox, or Your Media Library) you also will be subject to the guidelines, terms and agreements ("Terms")  applicable to such service or business. If these conditions are inconsistent with such Terms, the Terms will control.

**PRIVACY**

Please review our Privacy Notice, which also governs your visit to Amazon.com, to understand our practices.

**ELECTRONIC COMMUNICATIONS**

When you visit Amazon.com or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

**COPYRIGHT**

All content included on this site, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software, is the property of Amazon or its content suppliers and protected by United States and international copyright laws. The compilation of all content on this site is the exclusive property of Amazon and protected by U.S. and international copyright laws. All software used on this site is the property of Amazon or its software suppliers and protected by United States and international copyright laws.

**TRADEMARKS**

AMAZON, AMAZON.COM, AMAZON.COM & Design, AMAZON.CA , AMAZON.CO.JP, AMAZON.CO.UK, AMAZON.DE, AMAZON.FR, JOYO, JOYO.COM/AMAZON.CN, AMAZONBASICS, AMAZON BOOKCLIPS PODCAST & Design, AMAZON BREAKTHROUGH NOVEL AWARD & Design, AMAZON CLOUDWATCH, AMAZON CURRENCY CONVERTER, AMAZON EC2, AMAZON ELASTIC BLOCK STORE, AMAZONENCORE, AMAZON DEVPAY, AMAZONFRESH, AMAZONFRESH & Design, AMAZON FRUSTRATION-FREE, AMAZON GREEN, AMAZON MP3 & Design, AMAZON PRIME, AMAZON SERVICES, AMAPEDIA, AMAZON LINKS, AMAZON FLEXIBLE PAYMENT SERVICE, AMAZON FPS, AMAZON REMEMBERS, AMAZON SIMPLE DB, AMAZON SQS, AMAZON VIDEO ON DEMAND, AMAZON VINE, AMAZON VIRTUAL PRIVATE CLOUD, AMAZON S3, AMAZON WIRE PODCAST Logo, AMAZON SIMPLE QUEUE SERVICE, AMAZON WEB SERVICES, AWS, AMAZON WINDOWSHOP & Design, AMAZON WIRELESS & Design, ASKVILLE, ASSOCIATES CENTRAL, A Design , ASTORE Logo, AUDIBLE, BIBLIOFIND, CERTIFIED FRUSTRATION-FREE PACKAGING Logo, CHECKOUT BY AMAZON, CLOUDFRONT, CREATESPACE, CREATESPACE Logo, DENALI, DROP SHIP CENTRAL, DON'T RESTRICT ME, DPREVIEW, EARTH'S BIGGEST BOOKSTORE, EARTH'S BIGGEST SELECTION, EASYSELL, ELASTIC COMPUTE CLOUD, ELASTIC LOAD BALANCING, ELASTIC MAP REDUCE, ENDLESS, FABRIC.COM, FULFILLMENT BY AMAZON, FULFILLMENT WEB SERVICES (FWS), GOLDBOX, GREEN 3, GROWN-UP SCHOOL, IMDB, KINDLE, LISTMANIA, LOOK INSIDE & Design, MECHANICAL TURK, MTURK, MOBIPOCKET, MUSIC YOU SHOULD HEAR, NEW FOR YOU, 1-CLICK, 1-CLICK WEBSTORE, OMAKASE, PAYPHRASE, PINZON, PIKE STREET, RELATIONAL DATABASE SERVICE,

## Self-Service

Track or Manage Purchases
Manage Payment Options
Return Items
Change Name, E-mail, or Password
Manage Address Book
Manage Your Kindle

 [Contact Us]

SEARCH INSIDE!, SEARCH INSIDE THE BOOK, SELLER CENTRAL, SELLER DESKTOP, SHOPBOP, SHOPPING CART W/ BORDER Logo, SIMPLE NOTIFICATION SERVICE (SNS), SIMPLE STORAGE SERVICE (S3), SMALL PARTS & Design, SMILE Logo, STRATHWOOD, SUBSCRIBE & SAVE, TEXTBUYME, TEXTPAYME, UNPAY, WEBSTORE BY AMAZON, WHISPERNET, WHISPERSYNC, ZAPPOS.COM and other Amazon.com graphics, logos, page headers, button icons, scripts, and service names are trademarks, registered trademarks or trade dress of Amazon in the U.S. and/or other countries. Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon that appear on this site are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

**PATENTS**

One or more patents owned by Amazon apply to this site and to the features and services accessible via the site. Portions of this site operate under license of one or more patents.  Click here to see a non-exhaustive list of applicable Amazon patents and applicable licensed patents.

**LICENSE AND SITE ACCESS**

Amazon grants you a limited license to access and make personal use of this site and not to download (other than page caching) or modify it, or any portion of it, except with express written consent of Amazon. This license does not include any resale or commercial use of this site or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of this site or its contents; any downloading or copying of account information for the benefit of another merchant; or any use of data mining, robots, or similar data gathering and extraction tools. This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of Amazon. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Amazon without express written consent. You may not use any meta tags or any other "hidden text" utilizing Amazon's name or trademarks without the express written consent of Amazon. Any unauthorized use terminates the permission or license granted by Amazon. You are granted a limited, revocable, and nonexclusive right to create a hyperlink to the home page of Amazon.com so long as the link does not portray Amazon, or its products or services in a false, misleading, derogatory, or otherwise offensive matter. You may not use any Amazon logo or other proprietary graphic or trademark as part of the link without express written permission.

**YOUR ACCOUNT**

If you use this site, you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. Amazon does sell products for children, but it sells them to adults, who can purchase with a credit card or other permitted payment method. If you are under 18, you may use Amazon.com only with involvement of a parent or guardian. Amazon reserves the right to refuse service, terminate accounts, remove or edit content, or cancel orders in their sole discretion.

**REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT**

Visitors may post reviews, comments, photos, and other content; send e-cards and other communications; and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. Amazon reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content.

If you do post content or submit material, and unless we indicate otherwise, you grant Amazon a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Amazon and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights

**STIPULATION, EXHIBIT B, Page 16**

to the content that you post; that the content is accurate; that use of the content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify Amazon for all claims resulting from content you supply. Amazon has the right but not the obligation to monitor and edit or remove any activity or content. Amazon takes no responsibility and assumes no liability for any content posted by you or any third party.

**COPYRIGHT COMPLAINTS**

Amazon respects the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

**RISK OF LOSS**

All items purchased from Amazon are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

**PRODUCT DESCRIPTIONS**

Amazon attempts to be as accurate as possible. However, Amazon does not warrant that product descriptions or other content of this site is accurate, complete, reliable, current, or error-free. If a product offered by Amazon itself is not as described, your sole remedy is to return it in unused condition.

**PRICING**

Except where noted otherwise, the List Price displayed for products on our website represents the full retail price listed on the product itself, suggested by the manufacturer or supplier, or estimated in accordance with standard industry practice; or the estimated retail value for a comparably featured item offered elsewhere. The List Price is a comparative price estimate and may or may not represent the prevailing price in every area on any particular day. For certain items that are offered as a set, the List Price may represent "open-stock" prices, which means the aggregate of the manufacturer's estimated or suggested retail price for each of the items included in the set. Where an item is offered for sale by one of our merchants, the List Price may be provided by the merchant.

With respect to items sold by Amazon, we cannot confirm the price of an item until you order; however, we do NOT charge your credit card until after your order has entered the shipping process. Despite our best efforts, a small number of the items in our catalog may be mispriced. If an item's correct price is higher than our stated price, we will, at our discretion, either contact you for instructions before shipping or cancel your order and notify you of such cancellation.

Please note that this policy applies only to products sold and shipped by Amazon. Your purchases from third-party sellers are charged at the time you place your order, and third-party sellers may follow different policies in the event of a mispriced item.

**OTHER BUSINESSES**

Parties other than Amazon operate stores, provide services, or sell product lines on this site. For example, Shutterfly offers Photo Services in our Camera and Photo store, and other businesses and individuals offer products in Auctions. In addition, we provide links to the sites of affiliated companies and certain other businesses. We are not responsible for examining or evaluating, and we do not warrant the offerings of, any of these businesses or individuals or the content of their Web sites. Amazon does not assume any responsibility or liability for the actions, product, and content of all these and any other third parties. You should carefully review their privacy statements and other conditions of use.

**DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY**

THIS SITE AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) AND SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE ARE PROVIDED BY AMAZON ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. AMAZON MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS SITE OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE

RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, AMAZON DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. AMAZON DOES NOT WARRANT THAT THIS SITE; INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE; THEIR SERVERS; OR ELECTRONIC COMMUNICATIONS SENT FROM AMAZON ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. AMAZON WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

**APPLICABLE LAW**

By visiting Amazon.com, you agree that the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon.

**DISPUTES**

Any dispute relating in any way to your visit to Amazon.com or to products or services sold or distributed by Amazon or through Amazon.com in which the aggregate total claim for relief sought on behalf of one or more parties exceeds $7,500 shall be adjudicated in any state or federal court in King County, Washington, and you consent to exclusive jurisdiction and venue in such courts.

**SITE POLICIES, MODIFICATION, AND SEVERABILITY**

Please review our other policies, such as our pricing policy, posted on this site. These policies also govern your visit to Amazon.com. We reserve the right to make changes to our site, policies, and these Conditions of Use at any time. If any of these conditions shall be deemed invalid, void, or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition.

**OUR ADDRESS**

> Amazon.com, Inc.
> P.O. Box 81226
> Seattle, WA 98108-1226
> http://www.amazon.com

### Notice and Procedure for Making Claims of Copyright Infringement

If you believe that your work has been copied in a way that constitutes copyright infringement, please provide Amazon.com's copyright agent the written information specified below. Please note that this procedure is exclusively for notifying Amazon that your copyrighted material has been infringed.

- An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- A description of the copyrighted work that you claim has been infringed upon;
- A description of where the material that you claim is infringing is located on the site, including the auction ID number, if applicable;
- Your address, telephone number, and e-mail address;
- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Amazon.com's Copyright Agent for notice of claims of copyright infringement

**STIPULATION, EXHIBIT B, Page 18**

on its site can be reached as follows:

Copyright Agent
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
phone: (206) 266-4064
fax: (206) 266-7010
e-mail: copyright@amazon.com

Courier address:
Copyright Agent
Amazon.com Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210
USA

| Get to Know Us | Make Money with Us | Let Us Help You |
| --- | --- | --- |
| Careers | Sell on Amazon | Shipping Rates & Policies |
| Investor Relations | Join Associates | Amazon Prime |
| Press Releases | Advertise Your Products | Returns Are Easy |
| Amazon and Our Planet | Self-publish with Us | Manage Your Kindle |
|  | › See all | Help |

amazon.com®

Canada   China   France   Germany   Italy   Japan   United Kingdom

| AmazonWireless | Askville | Audible | DPReview | Endless | Fabric | IMDb | Shopbop | Small Parts | Warehouse Deals | Woot | Zappos |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cellphones & Wireless Plans | Community Answers | Download Audio Books | Digital Photography | Shoes & More | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Designer Fashion Brands | Industrial Supplies | Open-Box Discounts | Never Gonna Give You Up | Shoes & Clothing |

Conditions of Use   Privacy Notice   ï¿½ 1996-2011, Amazon.com, Inc. or its affiliates

**STIPULATION, EXHIBIT B, Page 19**