# EXHIBIT Q


6:56
amazon.com
amazon
By placing your order, you agree to Amazon.com's privacy notice and conditions of use.
Place your order
Order Summary
Shipping to: [redacted]
Guaranteed delivery: [redacted]
Items: $16.99
Shipping & handling: $0.00
Total before tax: $16.99
Estimated tax to be collected: $0.00
Order total: $16.99
Shipping address
[redacted]
Payment information
Payment method


6:56
amazon.com
Payment information
[redacted]
Billing address
Same as shipping address
Gift cards & promotional codes
Enter Code
Apply
Shipment details
Two-Day Shipping
Guaranteed delivery:
Mar. 22, 2018 if you order in the next 5 hours and 2 minutes (Details)
Cutlery Holder Flatware Caddy Silverware Caddy Tableware Tabletop Holder With Swing Handle Made of Organic Bamboo By Intriom Bamboo Collection
$16.99 Prime
Sold by: Ramapo Creations
Quantity: 1


6:56
amazon.com
$16.99 Prime
Sold by: Ramapo Creations
Quantity: 1
Add a gift receipt
and see other gift options
Conceal Package Contents
Place your order
*Why has sales tax been applied? See tax and seller information
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado, Oklahoma, South Dakota and Vermont Purchasers:
Important information regarding sales tax you may owe in your State
Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy
Go to the Amazon.com homepage without completing your order.
[redacted]
Sign Out
Conditions of Use
Privacy Notice
Interest-Based Ads
© 1996-2018, Amazon.com, Inc. or its affiliates