**Jamin S. Soderstrom, Bar No. 261054**
jamin@soderstromlawfirm.com
**SODERSTROM LAW PC**
**3 Park Plaza, Suite 100**
**Irvine, California 92614**
Tel:   (949) 667-4700
Fax:   (949) 424-8091

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WEBER and BRYAN REES, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON SERVICES LLC,<br><br>          Defendants. | Case No. 2:17-cv-08868 GW (Ex)<br><br>**SUPPLEMENTAL DECLARATION OF PLAINTIFF ERIC WEBER IN SUPPORT OF HIS OPPOSITION TO AMAZON'S MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS**<br><br>Date:         June 4, 2018<br>Time:         8:30 a.m.<br>Courtroom: 9D<br>Judge:        Hon. George H. Wu<br>Trial Date:  None Set |

# SUPPLEMENTAL DECLARATION OF ERIC WEBER

I, Eric Weber, declare as follows:

1. I am an individual over 18 years old. I currently reside in California. I am a Plaintiff in this case. The facts set forth in this Supplemental Declaration are based upon my own personal knowledge and, if called as a witness, I could and would competently testify to the facts set forth herein.

2. I previously testified that I make many, but not all, of my purchases on Amazon.com using my smartphone. I estimate that at least 80% of the purchases I have made on Amazon.com were using my smartphone, with that percentage being higher in recent years. I have no ability to determine which purchases I have made using my smartphone and which purchases I may have made using a regular computer. I have no specific recollection of whether any purchases I made on Amazon.com on February 21 or 28 or March 10, 2017, or on March 13, 14, or 18, 2018 were made using a regular computer, but I very much doubt that they were because I rarely use a regular computer to make purchases from Amazon.com. When I make a purchase using my smartphone, I scroll down to review the order details to make sure the order is correct and then I press the button Amazon provides and the end of the order details to complete my purchase. I do not scroll back to the top of the webpage before pressing the button to complete my purchase.

3. I previously testified that I have never received any emailed, mailed, or other type of notice from Amazon telling me that the contract terms I originally agreed to with Amazon had been modified or sending me a link or copy of such terms. This continues to be true. I still have never been asked or required to review and agree to any modified contract terms and I do not know of any changes Amazon may have made to its online terms since I first signed up without telling me. I still have never seen or agreed to any contract terms that require me to arbitrate any claims I had in the past, currently have, or may have in the future against Amazon, and I do not intend to agree to arbitration if Amazon asks me to.

4.      I previously testified that I did not intentionally sign up for a new Amazon Prime membership on October 26, 2017 or on any other date because for years I have been able to use shared free shipping services through my sister's household Amazon Prime membership. I did not need a new Amazon Prime membership and I did not intentionally purchase an Amazon Prime membership I did not need. I recently learned that Amazon's records may show that I purchased Amazon Prime on my television using a "Fire TV Stick" I recently bought. I did not know that it was possible to sign up for or purchase Amazon Prime using my television, and I did not intentionally sign up for or purchase Amazon Prime using my Fire Stick.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. This Declaration was executed on May 7, 2018 at San Dimas, California.

By: _____
Eric Weber, Plaintiff