1 | **Jamin S. Soderstrom, Bar No. 261054**
2 | jamin@soderstromlawfirm.com
  | **SODERSTROM LAW PC**
3 | **3 Park Plaza, Suite 100**
4 | **Irvine, California 92614**
  | **Tel:   (949) 667-4700**
5 | **Fax:   (949) 424-8091**
6 | *Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC WEBER and BRYAN REES,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**AMAZON.COM, INC. and AMAZON SERVICES LLC,**<br><br>Defendants. | Case No. CV 17-8868-GW(Ex)<br><br>**ORDER GRANTING PLAINTIFF ERIC WEBER'S REQUEST TO FILE TWO-PAGE SURREPLY IN OPPOSITION TO AMAZON'S MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS**<br><br>Date:          June 4, 2018<br>Time:         8:30 a.m.<br>Courtroom: 9D<br>Judge:        Hon. George H. Wu<br>Trial Date:  None Set |

1

1 | On May 27, 2018, Plaintiffs filed a Request to File Two-Page Surreply in Opposition to Amazon's Motion to Compel Arbitration and Dismiss Claims. Dkt. 46. The Court finds that Defendant's supplemental briefing raised new arguments that warrants the filing of a surreply. The request to file a surreply is hereby GRANTED. Plaintiffs shall file the surreply within three court days of the date of this Order.

**IT IS SO ORDERED.**

Dated: May 30, 2018

_____
Honorable George H. Wu
United States District Judge

2

[PROPOSED] ORDERING GRANTING PLAINTIFF'S REQUEST TO FILE SURREPLY