JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants
AMAZON.COM, INC. and
AMAZON SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| ERIC WEBER and BRYAN REES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-8868 GW(Ex)<br><br>**NOTICE OF ERRATA RE JOINT STATEMENT OF FURTHER STIPULATED FACTS [DKT. 59]**<br><br>Date:        August 9, 2018<br>Time:        8:30 a.m.<br>Courtroom:   9D<br>Judge:       George H. Wu<br>Trial Date:  None Set |

NOTICE OF ERRATA RE
JOINT STATEMENT OF
FURTHER STIP. FACTS

Case No. 2:17-cv-8868 GW(Ex)

Plaintiff Eric Weber and Defendants Amazon.com, Inc. and Amazon Services LLC submit the following correction to a typographical error in their Joint Statement of Further Stipulated Facts re Motion to Compel Arbitration and Dismiss Claims of Eric Weber (Dkt. 59).  At page 4, line 2 (the last line of paragraph 6), the reference to **Exhibit C** should refer to **Exhibit D**.  The last sentence should read, "Mr. Liao could competently testify that, after September 12, 2016, Amazon customers using the standard desktop checkout method would have used one of the two checkout flows shown in Exhibit D to this joint statement."

Dated:  July 25, 2018               FENWICK & WEST LLP

                                    By: /s/ *Jedediah Wakefield*
                                        Jedediah Wakefield

                                    Attorneys for Defendants

Dated:  July 25, 2018               SODERSTROM LAW PC

                                    By: /s/ *Jamin Soderstrom*
                                        Jamin Soderstrom

                                    Attorney for Plaintiffs

### ATTESTATION

Concurrence in the filing of this document has been obtained from the other signatories.

Dated:  July 25, 2018               FENWICK & WEST LLP

                                    By: /s/ *Jedediah Wakefield*
                                        Jedediah Wakefield

                                    Attorneys for Defendants

NOTICE OF ERRATA RE
JOINT STATEMENT OF
FURTHER STIP. FACTS           1           Case No. 2:17-cv-8868 GW(Ex)